Peter Strojnik,
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2020

JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Peter Strojnik,

    Plaintiff,

vs.

SONNENALP PROPERTIES INC. DBA SONNENALP,

    Defendant.

Case No: 1:20-CV-00085-NYW

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff voluntarily dismissed the above cause **with prejudice.**

RESPECTFULLY SUBMITTED this 12th day of February, 2020.

                **PETER STROJNIK**

                */s/ Peter Strojnik*
                Plaintiff

Peter Strojnik
7847 N Central Avenue
Phoenix, Arizona 85020

United States District Court of Colorado
Alfred A. Arraj United States Courthouse,
Room A105
Clerk's Office
901 19th Street
Denver, CO 80294-3589

80294-250151